## Rowan *et al. v.* Fullenwider.

APPEAL from the City Court of Anniston.
Tried before the Hon. THOMAS W. COLEMAN, JR.

J. J. WILLETT, for appellant.

LONDON & LONDON, for appellee.

The appeal is dismissed on motion of appellants.

Opinion PER CURIAM.

---

## Bartlett *v.* The State.

APPEAL from the Circuit Court of Cherokee.
Tried before the Hon. J. A. BILBRO.

W. H. CATHER, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for keeping a ferry without a license.
The appeal is reversed and remanded on the authority of *Tuscaloosa County v. Foster*, 132 Ala. 392.

Opinion by McCLELLAN, C. J.

---

## *Ex parte* Millikin.

Petition for *Mandamus*.

WILLIAM C. OATES, for petitioner.

No counsel marked as appearing for respondent.

This was a petition filed by W. W. Millikin and addressed to the judges of the Supreme Court, in which it was asked that a writ of *mandamus* be issued.
The petition is denied.

Opinion PER CURIAM.